In the Matter of HERMAN LANG, an Incompetent Person.— Order affirmed, without costs. All concur. (The order awards an allowance for services as guardian.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Appointment of a Committee of the Person and Estate of VINCENZO SEMENTILLO, an Incompetent Person and Inmate of the Canandaigua Veterans' Hospital.— Order affirmed, without costs. Memorandum: As we read this record, the order sought to be vacated was entered upon the consent of the Veterans' Administration. No sufficient reason is stated in the moving papers why the Veterans' Administration should be relieved from the effect of this consent. Under the circumstances we conclude that the motion to vacate the former order was properly denied. We are not passing upon the question as to what effect the original order may have on the final accounting of the committee. All concur. (The order denies a motion to vacate an award of attorneys' fees.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Proceeding under GRADE CROSSING ELIMINATION ACT, for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by the NEW YORK CENTRAL RAILROAD COMPANY, at Ridge Road in the Town of West Seneca, Erie County, New York. (Case No. 8253.) — Order affirmed, with costs. All concur. (The order denies a motion for a rehearing in a grade crossing elimination proceeding.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

JOHN NEILANS, Respondent, v. CHARLES STANTON and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion for a change of venue in an action for damages for false arrest and malicious prosecution.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

PIETRO STREPPA, as Limited Administrator, etc., of ALFRED STREPPA, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Order modified and as modified affirmed, without costs. All concur. (The order grants a motion for an examination before trial in a negligence action.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

FRED M. MILLER, as Administrator, etc., of FRED M. MILLER, JR., Appellant, v. JOSEPH MCCALL, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH J. ROTOLO, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison, Attica, New York, Respondent.— Order affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus and remands relator to custody.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.